## Commonwealth *v.* Balough, Appellant.

Before WESSEL, JR., J.

Argued November 12, 1974. *John H. Corbett, Jr.,* Trial Defender, with him *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence on the conviction at indictment No. 1691A below is affirmed.

Judgment of sentence on those counts of the indictment at No. 1690A below, charging possession, as distinguished from delivery, of Narcotic Drugs, is excessive. See The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101, 113. *Commonwealth v. Simpson*, 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

Remanded for resentence as to Indictment No. 1690A.